## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| MARC IRWIN SHARFMAN M.D., P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> BRAINCHECK, INC., <br><br> Defendant. | Civil Action No: <br> 6:22-cv-01072-RBD-EJK |

## NOTICE OF SCHEDULED MEDIATION

Plaintiff, MARC IRWIN SHARFMAN M.D., P.A., hereby advises the court that a Mediation has been scheduled in this matter with Mediator Judge Gregory Holder as follows:

    Date:     Friday, April 21, 2023
    Time:    9:00 a.m.
    Location: Zinobar, Diana & Monteverde, P.A.
                 607 W. Horatio Street
                 Tampa, FL 33606

                                         By: */s/*Ryan M. Kelly
                                         Ryan M. Kelly, Esq. – FL Bar: 90110
                                         ANDERSON + WANCA
                                         3701 Algonquin Road, Suite 500
                                         Rolling Meadows, IL  60008
                                         Telephone:  847/368-1500
                                         Facsimile:  847/368-1501
                                         rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              s/Ryan M. Kelly
                                              Ryan M. Kelly
                                              FL Bar No. 90110
                                              ANDERSON + WANCA
                                              3701 Algonquin Road, Suite 500
                                              Rolling Meadows, IL  60008
                                              Telephone:  (847) 368-1500
                                              Facsimile:   (847) 368-1501