# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MARC IRWIN SHARFMAN M.D., P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BRAINCHECK, INC.,<br><br>　　　　　　Defendant. | Civil Action No:<br>6:22-cv-01072-RBD-EJK |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Marc Irwin Sharfman M.D., P.A. and Defendant BrainCheck, Inc., through their undersigned attorneys, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this action without prejudice, each party to bear its own attorneys' fees, costs, and expenses.

Respectfully submitted this 7th day of February, 2023.

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| /s/ Ryan M. Kelly<br>Ryan M. Kelly – FL Bar. 90110<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, IL  60008<br>Tele: 847-368-1500<br>Email: rkelly@andersonwanca.com | /s/ Tiffany Cheung<br>Tiffany Cheung – *admitted pro hac vice*<br>MORRISON & FORERSTER<br>425 Market Street<br>San Francisco, CA  94105<br>Tele: 415-268-7000<br>Email: TCheung@mofo.com |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Ryan M. Kelly
Ryan M. Kelly - FL Bar No. 90110
